1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PAULINE HAYES,                                No.  2:15-cv-2598 KJN P

12                   Petitioner,

13         v.                                       ORDER

14    KIMBERLY HUGHES,

15                   Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.

19         The application attacks a conviction issued by the Compton Superior Court.  While both

20    this court and the United States District Court in the district where petitioner was convicted have

21    jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses

22    and evidence necessary for the resolution of petitioner's application are more readily available in

23    Los Angeles County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

24         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

25         1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

26    /////

27    /////

28    /////

                                                  1

1          2.  This matter is transferred to the United States District Court for the Central District of

2    California.

3    Dated:  December 22, 2015

4                                                       _____

5                                                       KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE
     haye2598.108
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2